**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 27, 2026
Docket #: 26-1904
Short Title: Trotter v. Community Development Corporation of Long Island, Inc.

DC Docket #: 2:26-cv-2371
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Sanket J. Bulsara

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8588.