# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: Kyung L. Trotter v. Community Development Corporation, Long Island, et al. | USCA DOCKET NUMBER: 26-1904 | APPELLANT: Kyung L. Trotter |
| | DISTRICT: EDNY/ CENTRAL ISLIP | APPELLANT'S ADDRESS: 374 Donald Blvd, Holbrook, NY 11741 |
| | DISTRICT/AGENCY NUMBER: 26-cv-02371 (SJB) (ARL) | APPELLANT'S PHONE NUMBER: (631) 202-7887 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than 10/20/2026 (MM/DD/YYYY). This date is within 91 days of the later of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

[signature]
Signature of Appellant/Petitioner

08/31/2026
Date

Kyung L. Trotter
Print Name