# Long Tuminello, LLP
Attorneys at Law

*Members:*
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
Michelle Aulivola, P.C.
Karen S. Svendsen**

* Retired
** Also admitted in Florida

888 Veterans Memorial Hwy, Ste 510
Hauppauge, New York 11788
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

*Senior Associates:*
Nicole L. Bohler
Jared R. Artura

*Associates:*
Patricia A. Deegan
Jessica Wright
Natalie Marchesiello
Samantha B. Karpman

Arthur M. Cromarty,
Ret. N.Y.S. Supreme Ct. Justice
*(1919-2014)*


September 2, 2026

U.S. Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: ***Trotter v. Community Development Corporation of Long Island, Inc., et al***
***Case No. 26-1904***

Dear Sir or Madam:

This firm represents Mr. Thomas Zawryucha in the pending matter in the Eastern District, bearing Case No. 26-cv-02371 (SJB/ARL), from which the above appeal has been taken.

We are in receipt of a Notice of Appeal filed by Plaintiff, Kyung L. Trotter, on July 13, 2026, along with the docketing notice from this Court. This firm filed the enclosed Acknowledgement and Notice of Appearance on August 7, 2026, through the ACMS portal, indicating that our client does not wish to participate in the appeal..

This shall confirm that Mr. Thomas Zawyrucha does not wish to participate in the briefing on the appeal or be heard thereon, as he takes no position with respect to the underlying application or the appeal from the order resulting therefrom.

Thank you for your courtesies in this matter.

Very truly yours,

MICHELLE AULIVOLA

MA:kk