# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kyung L. Trotter

v.

Community Development Corporation of Long Island, Inc., et al

**CERTIFICATE OF SERVICE***

Docket Number: 26-1904

I, Kelly Kowalchuk, hereby certify under penalty of perjury that
(print name)

on September 2, 2026, I served a copy of
(date)

correspondence to Court of Appeals
(list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Kyung L. Trotter | 9374 Donald Blvd | Holbrook | NY | 11741 |
| Community Development Corp of LI | 1660 Walt Whitman Rd, Ste 130 | Melville | NY | 11747 |
| Farrell Fritz | 400 RXR Plaza | Uniondale | NY | 11556 |
| John Mangino | 9 Heather Crescent | Commack | NY | 11725 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

9/2/26
Today's Date

Kelly Kowalchuk
Signature