**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-six,

---

Kyung L. Trotter,

Plaintiff - Appellant,

v.

Community Development Corporation of Long Island, Inc., Seven Tier, L.P.,, Leslie Barry, John Mangino, Delores Phraner, Wilma Hayes, Thomas Zawyrucha,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-1904

Appellant Kyung L. Trotter, has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting October 20, 2026 as the brief and appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

