# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Trotter v. Community Development Docket No.: 26-1904

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Irene A. Zoupaniotis, Esq.

Firm: Farrell Fritz, P.C.

Address: 400 RXR Plaza, Uniondale, NY 11556

Telephone: 516.227.0700 Fax: 516.336.2246

E-mail: izoupaniotis@farrellfritz.com

Appearance for: Community Development of Long Island, Inc. (CDLI)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☐ Additional counsel (co-counsel with: ____________________)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 22, 2025 OR

☐ I applied for admission on ____________________.

Signature of Counsel: Irene A. Zoupaniotis

Type or Print Name: Irene A. Zoupaniotis

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kyung L. Trotter,

v.

Community Development Corporation of Long Island, Inc., et al.

## CERTIFICATE OF SERVICE*

Docket Number: 26-1904

I, John Beauregard, hereby certify under penalty of perjury that
(print name)

on September 24, 2026, I served a copy of Notice of Appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery  X United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Kyung L. Trotter | 374 Donald Boulevard | Holbrook | NY | 11741 |
| Joseph Mangino | 9 Heather Crescent | Commack | NY | 11725 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 24, 2026
Today's Date

[signature]
Signature